1  BENJAMIN B. WAGNER
   United States Attorney
2  KAREN A. ESCOBAR
   Assistant U.S. Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, California  93721
4  Telephone:  (559) 497-4000



SEALED

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

1: 1 3 SW - 0 0 1 6 5 BAM

In the Matter of the           )
Seizures of:                   )
                               )
(1) The balance of funds       )    ORDER SEALING SEIZURE WARRANTS,
maintained at Bank of          )    SEIZURE WARRANT APPLICATIONS,
America Account/Member         )    SEALING APPLICATION AND SEALING
Number #325012948880 titled    )    ORDER
in the name of Victor A.       )
Nottoli and Jun Wu Living      )    **Under Seal**
Trust, not to exceed           )
$3,173,572.25;                 )
                               )
(2) The balance of funds       )
maintained at Bank of          )
America Account/Member         )
Number #383412969, titled in   )
the name of De Zheng Wu with   )
Jun Wu as Power of Attorney,   )
not to exceed $1,685,500.00;   )
                               )
(3) The balance of funds       )
maintained at CitiBank         )
Account/Member Number          )
#40019819131, titled in the    )
name of De Zheng Wu with Jun   )
Wu as Power of Attorney, not   )
to exceed $819,890.00;         )
                               )
(4) The balance of funds       )
maintained at JP Morgan        )
Chase Account/Member Number    )
#2973285105, titled in the     )
name of De Zheng Wu with Jun   )
Wu as Power of Attorney, not   )
to exceed $680,000.00;         )

1

| | |
|---|---|
| 1 | (5) The balance of funds           ) |
|   | maintained at Wells Fargo         ) |
| 2 | Bank Account/Member Number        ) |
|   | #9763356988, titled in the        ) |
| 3 | name of De Zheng Wu with Jun      ) |
|   | Wu as Power of Attorney, not      ) |
| 4 | to exceed $488,800.00;            ) |

(5) The balance of funds maintained at Wells Fargo Bank Account/Member Number #9763356988, titled in the name of De Zheng Wu with Jun Wu as Power of Attorney, not to exceed $488,800.00;

(6) The balance of funds maintained at Metro United Bank Account/Member Number #760052602 titled in the name of Victor A. Nottoli and Jun Wu Living Trust, not to exceed $730,000.00;

(7) All funds maintained at Bank of America/Member Number #164102381136, titled in the name of The Only Source Corporation, not to exceed $85,000.00;

(8) All funds maintained at Bank of America/Member Number #1269615448, titled in the name of BioNaturals Inc., not to exceed $60,000.00; and

(9) The balance of funds maintained at HSBC Account/ Member Number #277-46861-2, titled in the name of Victor Anthony Nottoli & Jun Wu, not to exceed $150,000.00.

The United States of America has applied to this Court for an Order permitting it to file the Seizure Warrants, Seizure Warrant Applications, Sealing Applications and Sealing Order in the above-captioned matters, in camera under seal. Upon consideration of the applications and the entire record herein,

IT IS HEREBY ORDERED that the Seizure Warrants, Applications, underlying documents, and this Order in the above-entitled

2

proceedings shall be filed with this Court in camera under seal and shall not be disclosed to any person unless otherwise Ordered by this Court.

DATED: June 25, 2013

_____
BARBARA A. McAULIFFE
U.S. Magistrate Judge